FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Michelle Wong, | Case No. 2:18-cv-03790-SVW-PJWx |
| Plaintiff, | [~~Proposed~~] **Order Dismissing Action with Prejudice** |
| v. | |
| United States of America, and Does 1 through 10 inclusive, | Honorable Stephen V. Wilson<br>United States District Judge |
| Defendants. | |

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that pursuant to the separately filed Stipulation for |
| 2 | Compromise Settlement and Dismissal, this action is hereby dismissed with prejudice. |
| 3 | Each party to bear its own costs and fees. |

Dated: 11/9/15

_____
Honorable Stephen V. Wilson
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Timothy D. Biché
TIMOTHY D. BICHE
Assistant United States Attorney

Attorneys for Defendant
United States of America